UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY GREGORY,

                Plaintiff,

Case No. 1:15-cv-955

HON. ROBERT HOLMES BELL

v.

PREMIUM RECEIVABLES, LLC et al.,

                Defendants.

_____/

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this

Notice of Dismissal, to dismiss this lawsuit, with prejudice, as to all defendants.

Dated: January 14, 2016

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com